UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03170-Louis

UNITED STATES OF AMERICA

vs.

SALVO HERNANDEZ,
FELIX OTERO-CASTRO,
RUBEN DARIO SIERRA-RODRIGUEZ,
LUIS MIGUEL CEDENO-ALONZO, and
BRYAN ARGENTIS FRANCO-REYES,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502166
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9403
FAX (305) 530-7976

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SALVO HERNANDEZ, FELIX OTERO-CASTRO, RUBEN DARIO SIERRA-RODRIGUEZ, LUIS MIGUEL CEDENO-ALONZO, and BRYAN ARGENTIS FRANCO-REYES,<br><br>*Defendant(s)* | Case No. 19-mj-03170-Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___July 10, 2019___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danniel Guell, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 24 2019

City and state: Miami, FL

_____
*Judge's signature*

Lauren F. Louis United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Danniel Guell, being duly sworn, hereby depose and state the following:

1. I am a Task Force Officer with the Miami Field Division of Drug Enforcement Administration ("DEA") and have held this position since 2014. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. My current responsibilities include conducting federal investigations into criminal originations committing narcotics trafficking, money laundering, and other offenses. I have received training in proper investigative techniques related to narcotics trafficking and other federal offenses.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Salvo Hernandez ("HERNANDEZ"), Felix Otero-Castro ("OTERO"), Ruben Dario Sierra-Rodriguez ("SIERRA"), Luis Miguel Cedeno-Alonzo ("CEDENO"), and Bryan Argentis Franco-Reyes ("FRANCO") for knowing and willfully conspiring to possess with intent to distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as information obtained from other law enforcement personnel.

3. On or about July 10, 2019, while on routine patrol in the Eastern Pacific Ocean, the United States Coast Guard Cutter *STEADFAST* detected a fishing vessel named the EL

CAPITANO in international waters approximately 550 nautical miles south of the Huatulco, Mexico.

4. United States Coast Guard ("USCG") Cutter *STEADFAST* launched an over the horizon vessel ("OTH") with a boarding team to investigate. The master of the EL CAPITANO advised that the EL CAPITANO was a Panamanian vessel. The master of the EL CAPITANO advised that there was a loaded Walther P99 handgun onboard in the engine room.

5. Coast Guard officers contacted the Panamanian authorities, who confirmed the EL CAPITANO was a Panamanian vessel and who authorized a full law enforcement boarding. The boarding team located and secured the handgun. While on board the EL CAPITANO, the boarding team also discovered approximately 174 bales of packages containing approximately 4,359 kilograms of a white powdery substance in a bolted hatch in the aft of the vessel. One of the packages containing a white powdery substance field-tested positive for the presence of cocaine.

6. The EL CAPITANO had a crew of seven individuals, identified as HERNANDEZ, OTERO, SIERRA, CEDENO, FRANCO, as well as Panamanian nationals Jesus Antonio ZAPATA-RIVERA and Agustin MARTINEZ-GARCIA.

7. HERNANDEZ, OTERO, SIERRA, CEDENO, FRANCO, as well as Jesus Antonio ZAPATA-RIVERA and Agustin MARTINEZ-GARCIA were transferred from the EL CAPITANO to the USCGC *STEADFAST*, along with the packages of cocaine. The EL CAPITANO was then sunk as a hazard to navigation. The Government of Panama consented and waived objection to the enforcement of United States law by the United States as to HERNANDEZ, OTERO, SIERRA, CEDENO, FRANCO. Panamanian nationals Jesus Antonio

ZAPATA-RIVERA and Agustin MARTINEZ-GARCIA were transferred to the custody of Panamanian law enforcement.

8. Based on the foregoing facts, I submit that probable cause exists to believe that, HERNANDEZ, OTERO, SIERRA, CEDENO, and FRANCO, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Danniel Guell, Task Force Officer
Drug Enforcement Administration

Sworn to me and subscribed before me
this 24 day of July, 2019
in Miami, Florida.

_____
THE HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3